TRIFON LASKARIS et al., Respondents, v. BRIAN HOGAN et al., Appellants.—

Herlihy, P. J.,
Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.